UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.84cr0565 AJB |
| Plaintiff, | ) | |
| v. | ) | ORDER AND JUDGMENT TO DISMISS THE INDICTMENT AND RECALL ARREST WARRANTS |
| DAVID VIRGEN-CHAVEZ (2), CARMEN BARAJAS-SANCHEZ (5), | ) | |
| | ) | (Docs. No. 2) |
| Defendant. | ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment in the above-captioned case against CARMEN BARAJAS-SANCHEZ and DAVID VIRGEN-CHAVEZ, be dismissed without prejudice.

IT IS FURTHER ORDERED that the arrest warrants be recalled in this matter.

IT IS SO ORDERED.

DATED:  November 5, 2014

_____
Hon. Anthony J. Battaglia
U.S. District Judge